**Allen WALKER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 98836.

Missouri Court of Appeals, Eastern District, Division Three.

June 4, 2013.

Gwenda R. Robinson, St. Louis, MO, for appellant.

Jennifer A. Rodewald, Jefferson City, MO, for respondent.

Before ROBERT G. DOWD, JR., P.J., ROY L. RICHTER, J., and ANGELA T. QUIGLESS, J.

PER CURIAM.

## ORDER

Allen Walker ("Movant") appeals from the judgment denying his amended Rule 24.035 [1] post-conviction relief motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the record on appeal and conclude the judgment of the motion court was not clearly erroneous. Rule 24.035(k); *Roberts v. State*, 276 S.W.3d 833, 835 (Mo. banc 2009). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the

---

1. All rule references are to Mo. R. Crim. P. (2012).

judgment pursuant to Rule 84.16(b) Mo. R. Civ. P. (2012).